| CDIL PROB 22 (Rev. 4/97) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 06-10013-003 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Kevin Williams | DISTRICT: CENTRAL DISTRICT OF ILLINOIS | DIVISION Peoria | |
| | NAME OF SENTENCING JUDGE Joe B. McDade | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/14/07 | TO 06/13/12 |

Stamps: **08CR 0091**, **JUDGE KOCORAS**, **MAGISTRATE JUDGE NOLAN**

OFFENSE

Production of Child Pornography

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/17/07
Date

*[signature]*
MICHAEL M. MIHM
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 2 4 2008
Effective Date

*[signature]*
United States District Judge

FILED
1-29-08
JAN 2 9 2008 CM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT